AO 245H   (Rev 3/01) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of __Colorado__

UNITED STATES OF AMERICA
V.

SPENCER WARTHEN

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense) — Short Form

CASE NUMBER: 15-mj-00006-GPG

Stephan Schweissing
Defendant's Attorney

**THE DEFENDANT:**

☒ **THE DEFENDANT** pleaded guilty to count(s) ___I___

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 43 C.F.R. §8341.1(d) C.R.S. 42-2-138(1)(a) | Operated a motor vehicle with knowledge that license was under restraint | 8/16/2014 | I |

**ORDER:** Defendant to complete 16 hours of community within 90 days. 5 days jail suspended upon with fines and costs and community service.

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

|  | Assessment | Fine |
|---|---|---|
| **Total:** | $ 25.00 | $ 100.00 |

Defendant's Soc. Sec.: _____

Defendant's Date of __ /1958

Defendant's USM No.: _____

Defendant's Residence Address:

Defendant's Mailing Address:

1/20/2015
Date of Imposition of Judgment

/s/ Signature of Judicial Officer

Gordon P. Gallagher Magistrate Judge
Name and Title of Judicial Officer

1/21/2015
Date